UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WATSON,<br>Plaintiff,<br>v.<br>FEDERAL DEPARTMENT, et al.,<br>Defendants. | Case No. 4:18-cv-02049-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 10 |

On April 4, 2018, Plaintiff Jacqueline D. Watson ("Plaintiff") filed this civil action and an application to proceed *in forma pauperis.* (Compl., Dkt. No. 1; IFP Application, Dkt. No. 2.) On June 15, 2018, the Court granted Plaintiff's application to proceed *in forma pauperis*. (Dkt. No. 9.) On June 26, 2018, the Court screened Plaintiff's complaint and found it deficient in a Screening Order (Dkt. No. 10) because Plaintiff did "not identify any specific causes of action nor the facts that would give rise to them" and there were also "various factual allegations written in the margins of the civil cover sheet and the IFP application, which is improper." (*Id.* at 2.) Thus, Plaintiff had failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. (*Id.* at 2-3.) The Court therefore required Plaintiff to file an amended complaint by August 6, 2018, and warned that failure to do so would result in the case being reassigned to a district judge with the report and recommendation that either the complaint be dismissed in whole or in part or the case be dismissed in its entirety. (*Id.* at 3.)

As of the date of this order, Plaintiff has not filed an amended complaint. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 11, 2018**, why this case should not be dismissed for failure to prosecute by 1) filing an amended complaint that corrects the deficiencies identified by the Court's June 26, 2018 Screening Order, and 2) responding to this Order to Show

Cause by explaining why she did not file a timely amended complaint. Failure to complete both tasks by September 11, 2018 **will** result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: August 28, 2018

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge